1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DEIDRA J. MUELLER,

                Plaintiff,

   v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

CASE NO. C19-5113-JCC

ORDER

This matter comes before the Court on the parties' stipulated motion for remand (Dkt. No. 13). Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the stipulated motion and ORDERS that, pursuant to 42 U.S.C. § 405(g):

1. The above-captioned case is REVERSED and REMANDED for further administrative proceedings.

2. The administrative law judge ("ALJ") shall issue a new decision after a *de novo* review.

3. The Appeals Council will vacate the December 2018 decision, and prior to remanding the case to the ALJ, will affirm the determination made under the subsequent application that Plaintiff became disabled on September 2, 2016.

4. Upon remand, the Appeals Council will instruct the ALJ to:

    a. Offer Plaintiff the opportunity to submit additional evidence and arguments;

    b. Offer Plaintiff an opportunity for a new hearing;

c.  Further evaluate the medical opinion evidence of record;

d.  Further evaluate Plaintiff's subjective complaints and lay witness statements;

e.  If warranted, obtain vocational expert and/or medical expert testimony; and

f.  Perform new step four and step five analyses.

The parties may move for an award of reasonable attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

DATED this 11th day of July 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE